**UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION – DETROIT**

In re:

MATTHEW MICHAEL MEHLHOSE, and
ERIN HANSON HARDCASTLE-MEHLHOSE

Chapter 7
Case No. 11-64190
Hon. Thomas J. Tucker

Debtors.
_____/

**MOTION TO DISMISS, FOR FILING BAR, AND FOR APPROPRIATE SANCTIONS**

NOW COMES, J.L. Gislason, III, Trust u/a/d February 3, 2001, Leslie S. Lott, Trustee, ("Lott") by and through their attorneys, OSIPOV BIGELMAN, P.C., hereby request this Court to enter an order dismissing this bankruptcy case. **See Exhibit A.**

1. This Court has jurisdiction over the motion pursuant to 28 U.S.C. § 1334(a) and 28 U.S.C. § 157(a).

2. Upon information and belief, the filing of this petition is part of a scheme to delay and defraud creditors.

3. On August 19, 2009, the Debtors, Erin Hardcastle and Matthew Melhouse, filed a Chapter 7 bankruptcy petition, case no. 09-65691.

4. On December 16, 2009, in case no. 09-6907, this Court entered a judgment which, among other things, denied the Debtors' discharge pursuant to 11 U.S.C. §§ 727(a)(2)(A) and 727(a)(4).

5. Subsequently, Debtors filed two motions seeking relief from the judgment. However both motions were denied. *See* Amended Order Denying Defendants'

Second Motion to Reopen, Etc, Case No. 09-06907 at docket no. 21.

6. On February 28, 2010, the Debtors filed a Chapter 13 petition, case no. 10-46231.

7. On September 27, 2010, the Chapter 13 case was dismissed prior to confirmation.

8. On September 13, 2011, the Debtors, Erin Hardcastle and Matthew Melhouse filed the Chapter 7 bankruptcy petition for the instant case.

9. As noted on the schedules, almost all of the listed debts were incurred prior to the Debtors' 2009 bankruptcy filing.

10. This case appears to have been filed without any valid bankruptcy purpose as almost all of the debts listed in the Debtors' would be excluded from discharge pursuant to 11 U.S.C. § 523(a)(10).

11. Upon information and belief, this case was inappropriately filed, not for a fresh start, but for the purpose of frustrating collection efforts of the listed creditors.

12. Accordingly, the Debtors' case is abusive and should be dismissed with a 180-day bar from re-filing under Title 11 of the Bankruptcy Code.

13. Additionally, due to the egregious nature of this bankruptcy filing, Movant seeks sanctions including attorney fees and costs and any other relief that this Honorable Court may feel necessary.

14. Pursuant to 9014-1(g), Movant sought concurrence to the relief requested in the instant motion from Debtors' counsel but did not receive it.

WHEREFORE, the Movant respectfully requests that this Honorable Court enter an Order dismissing Debtors' case with a 180-day bar for re-filing under Title 11 of the Bankruptcy Code, granting the Movant reasonable attorney fees and costs for having to file the instant motion, and any other relief this Court deems appropriate.

Respectfully Submitted,

**OSIPOV BIGELMAN, P.C.**

Dated: October 10, 2011  /s/ William C. Blasses
William C. Blasses (P73945)
Jeffrey H. Bigelman (P61755)
Attorney for J.L. Gislason, II, Trust,
U/A/D 2/3/2001
20700 Civic Center Drive, Ste. 310
Southfield, MI 48076
Tel: (248) 663-1800 / Fax: (248) 663-1801

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION – DETROIT

In re:

MATTHEW MICHAEL MEHLHOSE, and
ERIN HANSON HARDCASTLE-MEHLHOSE

Chapter 7
Case No. 11-64190
Hon. Thomas J. Tucker

Debtors.
_____/

## ORDER GRANTING MOTION TO
## DISMISS, FOR FILING BAR, AND FOR APPROPRIATE SANCTIONS

Upon consideration of the Motion to Dismiss, for Filing Bar, and for Appropriate Sanctions, it is hereby:

**ORDERED** that the Debtor's bankruptcy case, 11-49030, is dismissed.

**IT IS FURTHER ORDERED** that the Debtors, Erin Hardcastle and Matthew Melhouse, shall be prohibited from filing a subsequent bankruptcy petition, under any chapter, for a period of 180 days subsequent to the entry of this order.

**IT IS FURTHER ORDERED** that the Debtors shall be responsible for all attorney fees incurred by the Movant for having to bring this motion.

# EXHIBIT A

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION – DETROIT

In re:

MATTHEW MICHAEL MEHLHOSE, and
ERIN HANSON HARDCASTLE-MEHLHOSE

Chapter 7
Case No. 11-64190
Hon. Thomas J. Tucker

Debtors.
_____/

NOTICE OF MOTION TO DISMISS,
FOR FILING BAR, AND FOR APPROPRIATE SANCTIONS

J.L. Gislason, III, Trust u/a/d October 10, 2011, has filed papers with the Court to dismiss the above captioned case.

**Your rights may be affected**. **You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)**

If you do not want the Court to grant the motion, or if you want the Court to consider your views on the motion, within twenty-one (21) days from the date of service of the motion, you or your attorney must:

1. File with the Court a written response or an answer, explaining your position at:[1]

   United States Bankruptcy Court
   211 West Fort Street
   Detroit, Michigan 48226

   If you mail your response to the Court for filing, you must mail it early enough so the Court will **receive** it within the above-referenced time period.

2. Mail a copy to:
   William C. Blasses, Esq.
   Osipov Bigelman, P.C.
   20700 Civic Center Drive, Ste. 310
   Southfield, MI 48076

3. If a response or answer is timely filed and served, the clerk will schedule a hearing on the motion and you will be served with a notice of the date, time and location of the hearing.

**If you or your attorney do not take these steps, the Court may decide that you do not oppose the relief sought in the motion or objection and may enter an order granting that relief.**

Respectfully Submitted,

**OSIPOV BIGELMAN, P.C.**

Dated: October 10, 2011

/s/ William C. Blasses
William C. Blasses (P73945)
Jeffrey H. Bigelman (P61755)
Attorney for J.L. Gislason, II, Trust,
U/A/D 2/3/2001
20700 Civic Center Drive, Ste. 310
Southfield, MI 48076
Tel: (248) 663-1800 / Fax: (248) 663-1801

---

[1]Response or answer must comply with F.R.Civ.P.8(b)(c) and (e)

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION – DETROIT

In re:

MATTHEW MICHAEL MEHLHOSE, and
ERIN HANSON HARDCASTLE-MEHLHOSE

Chapter 7
Case No. 11-64190
Hon. Thomas J. Tucker

Debtors.
_____/

## CERTIFICATE OF SERVICE

William Blasses, hereby certifies that on October 10, 2011, he electronically filed:

- Motion to Dismiss, for Filing Bar, and for Appropriate Sanctions
- Notice of Motion to Dismiss, for Filing Bar, and for Appropriate Sanctions
- Certificate of Service

with the Clerk of the Court using the ECF system which will send notification of such filing to the following:

Office of the U.S. Trustee
211 W. Fort Street, Suite 700
Detroit, MI 48226

Chapter 7 Trustee
Stuart A. Gold
24901 Northwestern Highway, Suite 444
Southfield, MI 48075

Matthew Michael Mehlhose
c/o Robert W. Lee
25550 N. River Rd.
Harrison Township, MI 48045

Erin Hanson Hardcastle-Mehlhose
c/o Robert W. Lee
25550 N. River Rd.
Harrison Township, MI 48045

and I also hereby certify that on October 10, 2011, I mailed the same by First Class Mail with the United States Postal Service to the following non-ECF participants:

Respectfully Submitted,

**OSIPOV BIGELMAN, P.C.**

Dated: October 10, 2011

/s/ William C. Blasses
William C. Blasses (P73945)
Jeffrey H. Bigelman (P61755)
Attorney for J.L. Gislason, II, Trust,
U/A/D 2/3/2001
20700 Civic Center Drive, Ste. 310
Southfield, MI 48076
Tel: (248) 663-1800 / Fax: (248) 663-1801