UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re:                                                        Case No. 11-64190

MATTHEW MICHAEL MEHLHOSE,              Chapter 13
and
ERIN HANSON HARDCASTLE-MEHLHOSE,     Judge Thomas J. Tucker

                Debtors.
_____/

**ORDER REGARDING EVIDENTIARY HEARING ON MOTION BY CREDITOR
THE J.L. GISLASON, III, TRUST TO DISMISS, FOR FILING BAR,
AND FOR SANCTIONS**

      This case came before the Court for a hearing on January 5, 2012, on the motion filed by creditor the J.L. Gislason, III, Trust (the "Trust") entitled "Motion to Dismiss, for Filing Bar, and For Appropriate Sanctions" (Docket # 13, the "Motion"). For the reasons stated by the Court on the record during the hearing,

      IT IS ORDERED that:

1. The Trust and the Debtors are each granted leave to conduct discovery regarding the Motion. Such discovery must be completed no later than **February 2, 2012.**

2. The Court will hold an evidentiary hearing on the Motion on **February 13, 2012 at 2:00 p.m.**

3. No later than one week before the evidentiary hearing, each party must serve on the other party a witness list, an exhibit list, and a copy of all marked exhibits that the party may use at the evidentiary hearing.

.

**Signed on January 05, 2012**

                                                               /s/ Thomas J. Tucker
                                                               Thomas J. Tucker
                                                              United States Bankruptcy Judge